**Alfred F. WORLEY, Petitioner–Appellant,**

v.

**David MITCHELL, Superintendent, Mountain View Correctional Institution, Respondent–Appellee.**

No. 01–8019.

United States Court of Appeals, Fourth Circuit.

Submitted March 20, 2002.

Decided April 1, 2002.

Alfred F. Worley, Appellant Pro Se. Clarence Joe DelForge, III, Office of the Attorney General of North Carolina, Raleigh, North Carolina, for Appellee.

Before WIDENER, NIEMEYER, and LUTTIG, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Alfred F. Worley appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Worley v. Mitchell*, No. CA–00–13–1–MU (W.D.N.C. Nov. 13, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*